# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § *Plaintiff,* § § v. § § 68.155 ACRES OF LAND, MORE OR § LESS, SITUATE IN WEBB COUNTY, § STATE OF TEXAS; AND SACRED § HEART CHILDREN'S HOME, INC. § § *Defendants.* § | CASE NO.   5:20-CV-057 |

## ADVISORY RE: JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER F.R.C.P. 26(f)

_____

The landowner has signed the Right of Entry and expressed a desire to forgo any court hearings. The United States of America has a Stipulation of Dismissal to the landowner for signature. The United States of America believes that the above documents will be returned and the Stipulation of Dismissal filed within a week. In light of the above development, The United States of America hereby seeks court permission to forego the Joint Management Plan.

Respectfully submitted,

**FOR PLAINTIFF:**

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:   *s/ John A. Smith III*
**JOHN A. SMITH III**
Assistant United States Attorney
Attorney-in-Charge
Southern District of Texas No. 8638
Texas Bar No. 18627450
One Shoreline Plaza
800 North Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 888-3111
Facsimile: (361) 888-3234
E-mail: john.a.smith@usdoj.gov

Attorney in Charge for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on July 10, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent a copy via email to the following:

Sacred Heart Children's Home, Inc.

                                *s/ John A. Smith III*
                                **JOHN A. SMITH III**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § § § § § § § § § | |
| *Plaintiff,* | | |
| v. | | CASE NO.   5:20-CV-057 |
| 68.155 ACRES OF LAND, MORE OR LESS, SITUATE IN WEBB COUNTY, STATE OF TEXAS; AND SACRED HEART CHILDREN'S HOME, INC. | | |
| *Defendants.* | | |

**ORDER RE: JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER F.R.C.P. 26(f)**

In light of the advisory from the United States of America, the parties need not file a Joint Management Plan and, in lieu, shall file the Stipulation of Dismissal upon execution by the parties.

**SIGNED**, this _____, 2020.

_____
**JOHN A. KAZEN**
United States Magistrate Judge